IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,

    Petitioner,                   No. CIV S-06-0018 FCD KJM P

    vs.

YOLO COUNTY SHERIFF,

    Respondent.                <u>ORDER</u>

/

        On January 20, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 11, 2006, denying petitioner's motion to stay execution of his state court sentence. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 11, 2006, is affirmed.

DATED: January 31, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge