IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. SHERMAN,** | CIV S-06-0018 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **YOLO COUNTY SHERIFF, et al.,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus is to be filed thirty (30) days from the date of this order.

DATED: March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE