IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                   No. CIV S-06-0018 FCD CHS P

    vs.

YOLO COUNTY SHERIFF, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On December 8, 2008, petitioner filed a request for reconsideration of the magistrate judge's findings and recommendations filed on November 6, 2008. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the findings and recommendations of the magistrate judge filed November 6, 2008, are affirmed.

DATED: December 17, 2008.

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

1