IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                    No. CIV S-06-0018 FCD CHS P

    vs.

YOLO COUNTY SHERIFF, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's December 3, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1           For the reasons set forth in the magistrate judge's November 6, 2008 findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right.  Accordingly, a certificate of appealability should not issue in this action.
4           IT IS SO ORDERED.
5   DATED: January 16, 2009.

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE